## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## M E M O R A N D U M

Honorable John A. Mendez
United States District Judge
Sacramento, California

                                        RE:    **Mouang SAELEE**
                                               **Docket Number:  2:06CR00343-05**
                                               **RELEASE OF PASSPORT**

Your Honor:

On March 8, 2007, the Honorable David F. Levi sentenced the above noted offender following her plea of guilty to a violation of 18 USC 1955(a) - Conducting an Illegal Gambling Business. She was sentenced to the 24 months probation. Special conditions of supervised release included: Search and seizure; Financial disclosure; and Home detention for 180 consecutive days.

Ms. Saelee was under the supervision of the United States Pretrial Services from August 17, 2006, to a self-surrender date of March 8, 2007. As a condition of pretrial release, Ms. Saelee was ordered to forfeit her passport to the clerk's office. Ms. Saelee is requesting her passport be returned but the United States District Court Clerk's Office will not return the passport without authorization from the sentencing judge.

Therefore, we are recommending that Your Honor agree to have the United States District Court Clerk's Office release Ms. Saelee's passport to her.

**RE:    Mouang SAELEE
        Docket Number:   2:06CR00343-005
        <u>RELEASE OF PASSPORT</u>**

Respectfully submitted,

/s/Glenn P. Simon
**GLENN P. SIMON
United States Probation Officer**

Dated:      March 25, 2009
            Sacramento, California
            GPS/cp

**REVIEWED BY:**    /s/Kyriacos M. Simonidis
                    **KYRIACOS M. SIMONIDIS
                    Supervising United States Probation Officer**

_____

AGREE: ____X_____        DISAGREE: _____

/s/ John A. Mendez                                3/27/2009
**JOHN A. MENDEZ**                                DATE
United States District Judge