DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax: (916) 447-0592

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MOUANG SAELEE,<br><br>        Defendant | Case No.:  2:06-cr-00343-05 JAM<br><br>REQUEST FOR ORDER AND ORDER EXONERATING BOND |

TO:  THE JUDGE OF THE ABOVE ENTITLED COURT AND TO THE UNITED STATES ATTORNEY:

    On or about September 1, 2006, a $ 50,000.00 appearance bond, secured by a deed against the real property of Kae Saetern and Vanpen Lee, was posted on behalf of Mouang Saelee, Case No. 2:06-cr-00343-05 DFL.  Ms. Saelee had been arrested in this district based upon an Indictment filed in this district.

    On March 8, 2007, Ms. Saelee was sentenced in this case to a six month sentence, to be served on home confinement, with 2 years supervised probation.  A copy of that Judgment Order is attached as an exhibit to this request.

REQUEST FOR ORDER - 1

PDF created with pdfFactory trial version www.pdffactory.com

It is hereby requested that the $ 50,000.00 secured appearance bond be exonerated in the above captioned case and that the Clerk of the District Court be directed to reconvey back to the Trustors the deed of trust received by the Clerk on or about September 1, 2006.             .

Dated:  11-23-09

                                    Respectfully submitted,

                                    <u>DANNY D. BRACE, JR.,</u>

                                    DANNY D. BRACE, JR.
                                    Attorney for Mouang Saelee

## ORDER

IT IS HEREBY ORDERED that the bail bond in the amount of $ 50,000.00 posted by Kao Saetern and Vanpen Lee and secured by a Deed of Trust for her home located at 4801 48th Street, Sacramento, CA  95820 is hereby exonerated and the Clerk is ordered to reconvey the Deed of Trust to the Trustors forthwith.

Date: November 24, 2009

                                    <u>/s/ John A. Mendez</u>
                                    U.S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com